ALINA HABBA
Acting United States Attorney
ANDREW BOCCIO
Assistant U.S. Attorney
970 Broad Street
Newark, NJ 07102
(201)-306-5172
andrew.boccio@usdoj.gov
*Attorneys for Respondents*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SEN MAO LIN, | HON. JULIEN X. NEALS, U.S.D.J. |
| *Petitioner*, | Civil Action No. 25-5652 (JXN) |
| v. | |
| JOHN TSOUKARIS, *et al.*, | **STIPULATION AND ORDER OF DISMISSAL** |
| *Respondents*. | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, that this action shall be and hereby is dismissed without prejudice and without costs or attorneys' fees to either party.

| | |
|---|---|
| FRANK & POLLACK LLC | TODD W. BLANCHE<br>U.S. Deputy Attorney General |
| By: /s/ *Alan J. Pollack, Esq.*<br>ALAN J. POLLACK, ESQ.<br>*Attorneys for Petitioner* | ALINA HABBA<br>Acting United States Attorney<br>Special Attorney |
| | By: /s/ *Andrew Boccio*<br>ANDREW BOCCIO<br>Assistant United States Attorney<br>*Attorneys for Respondents* |

**So ORDERED 8/20/2025:**

_____
HONORABLE JULIEN XAVIER NEALS
United States District Judge

1